UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATALIA MARRERO, on behalf of
herself and on behalf of all
others similarly situated,

    Plaintiff,

v.                                                                                    Case No.: 6:20-cv-01463-PGB-GJK

G.F. MANAGEMENT, LLC,
and HGILM ASSOCIATES, LLC,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

        Plaintiff, Natalia Marrero, and Defendants, G.F. Management, LLC and HGILM Associates, LLC, by and through the undersigned attorneys, hereby advise the Court that they have reached a resolution on Plaintiff's claims and are memorializing the details of the settlement agreement. The Parties anticipate filing the appropriate dismissal and/or approval documents with this Court within the next thirty (30) days.

    Dated this 30th day of November, 2020.

                                                              /s/ *Marc R. Edelman*
                                                              **MARC R. EDELMAN, ESQ.**
                                                              Florida Bar No.: 096342
                                                              **MORGAN & MORGAN, P.A.**
                                                              201 N. Franklin Street, Suite 700
                                                              Tampa, FL 33602
                                                              Telephone 813-223-5505
                                                              Fax: 813-257-0572
                                                              E-mail: medelman@forthepeople.com
                                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been provided via electronic transmission and/or via U.S. Mail on this 30th day of November, 2020, to the following:

Robin Taylor Symons, Esq.
Jacqueline M. De Leon, Esq.
**GORDON RESS SCULLY MANSUKHANI, LLP**
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
rsymons@grsm.com
jmdeleon@grsm.com
*Counsel for Defendant, G.F. Management, LLC*

                                                **/s/** *Marc R. Edelman*
                                                **MARC R. EDELMAN, ESQ.**